# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PORT OF ISLANDS HOTEL & RESORT NAPLES, LLC,**
Appellant,

v.

**ROGER D. HAAGENSON, SHERRY L. HAAGENSON, FACUNSO BARCARDI, NIRMLA MOTWANI, LUIS NAVAS,** individually, **12220 PROPERTY HOLDINGS, LLC,** and **CIUDAD DE LOSANGELES, LLC,**
Appellees.

No. 4D19-3178

[August 6, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE15-011791(25).

Robert F. Reynolds of Slatkin & Reynolds, P.A., Fort Lauderdale, for appellant.

John P. Seiler of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***